**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ISMAEL A. REYES,

                              Plaintiff,

             -against-                                  22 **CIVIL** 6765 (KPF)

                                                              __JUDGMENT__

SMALL BUSINESS ADMINISTRATION; ISABEL
GUZMAN, in her official capacity as Administrator
of the Small Business Administration; JANET
YELLEN, in her official capacity as Secretary of
the Treasury; and THE UNITED STATES OF
 AMERICA,

                               Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 19, 2024, Defendants' motion to dismiss is

hereby GRANTED. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the

Order would not be taken in good faith and therefore in forma pauperis status is denied for the

purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly,

the case is closed.

**Dated:**  New York, New York

       March 20, 2024

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**

**BY:**               K. Mango

                                          **Deputy Clerk**